Commonwealth *v.* Mayberry et al.,
Appellants.

Argued April 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John J. Dean,* Assistant Public Defender, with him *George H. Ross,* Public Defender, for appellants.

*J. Kent Culley,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 2, 1973:
The judgments of contempt are affirmed.

---

DISSENTING OPINION BY MR. JUSTICE MANDERINO:
I dissent because the defendants were entitled to a jury trial. See *United States v. Seale,* 461 F. 2d 345 (7th Cir. 1972); *Commonwealth v. Patterson,* 452 Pa. 457, 308 A. 2d 90 (1973) (MANDERINO, J., dissenting).